NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


MICHAEL A. FALANA,                    )
                                      )
          Appellant,                  )
                                      )
v.                                    )          Case No. 2D18-4658
                                      )
STATE OF FLORIDA,                     )
                                      )
          Appellee.                   )
                                      )
_____)

Opinion filed December 6, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for Polk
County; Donald G. Jacobsen, Judge.

Michael A. Falana, pro se.


PER CURIAM.


          Affirmed.


CASANUEVA, SALARIO, and BADALAMENTI, JJ., Concur.